**DISMISS and Opinion Filed May 5, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00250-CV

## ENCORE INTERNATIONAL INVESTMENT FUNDS, LLC, Appellant
## V.
## 2608 INWOOD, LTD., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13285**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal because it no

longer wishes to prosecute same. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

220250f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ENCORE INTERNATIONAL INVESTMENT FUNDS, LLC, Appellant

No. 05-22-00250-CV      V.

2608 INWOOD, LTD., Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-17-13285. Opinion delivered by Justice Pedersen, III. Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee 2608 INWOOD, LTD. recover its costs of this appeal from appellant ENCORE INTERNATIONAL INVESTMENT FUNDS, LLC.

Judgment entered this 5th day of May, 2022.